619 A.2d 1006

IN THE MATTER OF THOMAS T. CUTCHALL, AN ATTORNEY AT LAW.

February 24, 1993.

ORDER

This matter having been duly presented to the Court on the motion of THOMAS T. CUTCHALL, for the termination of the proctorship ordered by this Court on June 1, 1990, and the Office of Attorney Ethics having interposed no objection to said application, and good cause appearing;

It is ORDERED that the motion to terminate the proctorship imposed by this Court's Order of June 1, 1990, is granted.